# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRELL E. JACKSON, A MARRIED MAN; THOMAS M STRAWN, JR., A MARRIED MAN; AND ANDREW S. LEVY, A MARRIED MAN,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA DEPARTMENT OF TRANSPORTATION,
Real Party in Interest.

No. 76033

**FILED**

DEC 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Linda Marie Bell, Chief Judge
Law Offices of Brian C. Padgett
Attorney General/Carson City
Attorney General/Transportation Division/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-909058